**This order is SIGNED.**

Dated: September 10, 2019 _____



**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

tkm

*Order Prepared by:*
Andres Diaz (A4309)
Thomas D. Neeleman (A4639)
Geoffrey L. Chesnut (A12058)
**RED ROCK LEGAL SERVICES, P.L.L.C.**
491 North Bluff Street, Ste. 301
St. George, UT 84770
Telephone: (435) 634-1000
Fax: (435) 634-1001
Email: courtmailrr@expresslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In Re:<br>**Russell Carter Feller**<br>**Janell Kaye Feller**<br>Debtor(s). | Bankruptcy No. 19-26233<br>Chapter 13<br><br>**FILED ELECTRONICALLY**<br>**Judge William T. Thurman** |
|---|---|

**ORDER GRANTING EX PARTE MOTION TO ENLARGE TIME TO FILE DEBTOR'S
STATEMENTS AND SCHEDULES AND CHAPTER 13 PLAN AND RESCHEDULE CREDITOR
MEETING HELD PURSUANT TO 11 U.S.C. §341**

THIS MATTER having come before the Court upon Debtors' EX PARTE MOTION TO

ENLARGE TIME TO FILE DEBTOR'S STATEMENTS AND SCHEDULES AND CHAPTER 13 PLAN AND

RESCHEDULE CREDITOR MEETING HELD PURSUANT TO 11 U.S.C. §341, the Court having

reviewed the same and being other wise fully advised in the premises, IT IS HEREBY ORDERED,

ADJUDGED AND DECREED:

1) Debtor's motion is granted;

2) The documents indicated below are due pursuant to 11 U.S.C. §521 to September 27, 2019:

    a. List of Creditors;

    b. Chapter 13 Statement of Current Monthly and Disposable Income;

    c. Declarations and Schedules Signatures;

    d. Attorney Compensation Disclosure Statement;

    e. Chapter 13 Plan;

    f. Summary of Assets and Liabilities;

    g. Statement of Financial Affairs;

    h. Schedules Debtors' statements and schedules;

3) The deadlines to object to exemptions and dischargeability shall be extended 30 and 60 days (respectively) from the new 341 meeting date;

4) The deadline for filing claims shall be extended to 90 days from the new 341 date for non-governmental entities and 180 days for governmental entities;

5) The creditor meeting held pursuant to 11 U.S.C. § 341 presently scheduled for September 27, 2019 shall be rescheduled by the Clerk of the Court to the next available date;

6) The confirmation hearing in this case shall be rescheduled by the Clerk of the Court to the next available date;

7) The Clerk of the Court shall give notice of the new date and time of the meeting and confirmation hearing.

****END OF DOCUMENT****

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing **ORDER GRANTING EX PARTE MOTION TO ENLARGE TIME TO FILE DEBTOR'S STATEMENTS AND SCHEDULES AND CHAPTER 13 PLAN AND RESCHEDULE CREDITOR MEETING HELD PURSUANT TO 11 U.S.C. §341** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins tr                                    Red Rock Legal Services, P.L.L.C.

United States Trustee

By U.S. Mail - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Russell & Janell Feller
885 North Old Farms Road
Dammeron Valley, UT 8478