**This order is SIGNED.**

Dated: September 11, 2019

WILLIAM T. THURMAN
U.S. Bankruptcy Judge



tkm

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL
DIVISION

| In Re: | Bankruptcy No. 19-26233 Chapter 13 |
|---|---|
| Russell Carter Feller | |
| Janell Kaye Feller | |
| Debtor(s). | FILED ELECTRONICALLY Judge William T. Thurman |

**AMENDED ORDER** GRANTING EX PARTE MOTION TO ENLARGE TIME TO FILE DEBTOR'S STATEMENTS AND SCHEDULES AND CHAPTER 13 PLAN AND RESCHEDULE CREDITOR MEETING HELD PURSUANT TO 11 U.S.C. §341

THIS MATTER having come before the Court upon Debtors' EX PARTE MOTION TO ENLARGE TIME TO FILE DEBTOR'S STATEMENTS AND SCHEDULES AND CHAPTER 13 PLAN AND RESCHEDULE CREDITOR MEETING HELD PURSUANT TO 11 U.S.C. §341, the Court having reviewed the same and being other wise fully advised in the premises, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1) Debtor's motion is granted;

2) The documents indicated below are due pursuant to 11 U.S.C. §521 to September 27, 2019:

    a. List of Creditors;

  b. Chapter 13 Statement of Current Monthly and Disposable Income;

    c. Declarations and Schedules Signatures;

    d. Attorney Compensation Disclosure Statement;

    e. Chapter 13 Plan;

    f. Summary of Assets and Liabilities;

    g. Statement of Financial Affairs;

    h. Schedules Debtors' statements and schedules;

3) The deadlines to object to exemptions and dischargeability shall be extended 30 and

    60 days (respectively) from the new 341 meeting date;

4) ~~The deadline for filing claims shall be extended to 90 days from the new 341 date for non-governmental entities and 180 days for governmental entities;~~

5) The creditor meeting held pursuant to 11 U.S.C. § 341 presently scheduled for September 27, 2019 shall be rescheduled by the Clerk of the Court to the next available date;

6) The confirmation hearing in this case shall be rescheduled by the Clerk of the Court to the next available date;

7) The Clerk of the Court shall give notice of the new date and time of the meeting and confirmation hearing.

****END OF DOCUMENT****

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing **ORDER GRANTING EX PARTE MOTION TO ENLARGE TIME TO FILE DEBTOR'S STATEMENTS AND SCHEDULES AND CHAPTER 13 PLAN AND RESCHEDULE CREDITOR MEETING HELD PURSUANT TO 11 U.S.C. §341** shall be served to the parties and in the manner designated below:

By Electronic Service: I certify that the parties of record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

Lon Jenkins tr                                          Red Rock Legal Services, P.L.L.C.

United States Trustee

By U.S. Mail - In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

Russell & Janell Feller 885
North Old Farms Road
Dammeron Valley, UT
8478