| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Russell Carter Feller** | Social Security number or ITIN  xxx–xx–8536 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Janell Kaye Feller** | Social Security number or ITIN  xxx–xx–2039 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | Date case filed for chapter **13:  8/25/19** |
| Case number:  **19–26233  WTT** | | |

Official Form 309I (12/17)

# Notice of Chapter 13 Bankruptcy Case

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov). Case status information is available at no charge through "Simple Case Lookup" on the court's website (www.utb.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029 #85.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Russell Carter Feller | Janell Kaye Feller |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 885 North Old Farms Road<br>Dammeron Valley, UT 84783 | 885 North Old Farms Road<br>Dammeron Valley, UT 84783 |
| 4. | **Debtor's attorney**<br>Name and address | Geoffrey L. Chesnut<br>Red Rock Legal Services, P.L.L.C.<br>491 N. Bluff Street<br>Suite 301<br>St. George, UT 84770 | Contact phone 435–634–1000<br><br>Email: courtmailrr@expresslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lon Jenkins tr<br>405 South Main Street<br>Suite 600<br>Salt Lake City, UT 84111 | Contact phone (801) 596–2884<br><br>Email: utahtrusteemail@ch13ut.org |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |

| | |
|---|---|
| Official Form 309I   **Notice of Chapter 13 Bankruptcy Case** | page 1 |
| Date Generated: 9/11/19 | For more information, see page 2 > |

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. Debtors may appear by either video conference or in–person at the address provided. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**Oct. 18, 2019** at **10:00 AM**<br><br>Location:<br>**By Video Conference or In–Person at 405 South Main Street, Suite 250, Salt Lake City, UT 84111** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/17/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/4/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 2/21/20** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan and confirmation hearing on docket**<br><br>**Objections to Confirmation** | The debtor has not filed a plan as of this date. A copy of the plan will be sent separately.<br>The hearing on confirmation will be held on: **11/14/19** at **10:30 AM**<br>Location: **5th District Court, State of Utah, 206 West Tabernacle, Courtroom 2B, St. George, UT 84770**<br><br>Objections to confirmation must be filed and served no later than 7 days before the date set for confirmation. If there are no timely filed objections to confirmation pending or if all objections to confirmation are resolved by a court order or a stipulation signed by the debtor, the trustee and the objecting party, a plan may be confirmed without objection, and the hearing stricken. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 19-26233-WTT
Russell Carter Feller                                                   Chapter 13
Janell Kaye Feller
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-4         User: jtt              Page 1 of 2         Date Rcvd: Sep 11, 2019
                             Form ID: 309I          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2019.
```
db/jdb         +Russell Carter Feller,    Janell Kaye Feller,    885 North Old Farms Road,
                 Dammeron Valley, UT 84783-5203
aty           #+Brian Scott Welker,    Vial Fotheringham, LLP,     515 South 400 East,    Suite 200,
                 Salt Lake City, UT 84111-3570
aty            +Quinn A. Sperry,    Morris Sperry,    7070 South Union Park Center,    Suite 220,
                 Midvale, UT 84047-6009
cr             +Dammeron Valley Landowners Association, Inc.,      Morris Sperry,
                 7070 South Union Park Center, Ste 220,     Midvale, UT  84047,    UNITED STATES 84047-6009
11402968        Advanced Health and Pain Center,     301 E 200 N #1,    Saint George, UT 84770
11402969        Air Care Professionals,    297 West Hilton #2,     Saint George, UT 84770-2202
11402972       +Bennett Law PLLC,    10542 South Jordan Gateway,     Ste 200,   South Jordan, UT 84095-4182
11402975        Citibank-The Home Depot,    PO Box 790040,    Saint Louis, MO 63179-0040
11402976       +Clarkson & Associates, LLC,    PO Box 1630,    Saint George, UT 84771-1630
11402977       +Clarkson Draper & Beckstrom,     162 North 400 East Ste A-204,    Saint George, UT 84770-7137
11402980        Dammeron Valley Landowners Association,     Morris Sperry,
                 7070 South Union Park Center, Ste. 220,     Midvale, UT 84047-6009
11402982        Echo Global Logistics,    3156 Quarry Rd. #J,     Park City, UT 84098-4778
11402983       +Edwin B Parry Law Office,    P O Box 25727,    Salt Lake City, UT 84125-0727
11402988        Keisuke Ishijima,    6681 Country Club Dr.,    Minneapolis, MN 55427-4601
11402989       +Living Scriptures,    3625 Harrison Blvd,    Ogden, UT 84403-2022
11402990       +Lundberg & Associates,    3269 South Main, #100,     Salt Lake City, UT 84115-3773
11402991       +Mack Sorenson,    1303 Canyon Trails Dr.,    Dammeron Valley, UT 84783-5506
11402995       +Santander Consumer USA,    Attn: Bankruptcy,    10-64-38-Fd7    601 Penn St,
                 Reading, PA 19601-3544
11402999       +Steven Day & Snofield Rock Productions,     1001 South Joe Cir.,    Saint George, UT 84790-4024
11403002       +Utah Labor Commission,    160 East 300 South Third Floor,     PO Box 146630,
                 Salt Lake City, UT 84114-6630
11411170       +Wilmington Savings Fund Society, FSB,     RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: courtmailrr@expresslaw.com Sep 12 2019 02:25:57      Geoffrey L. Chesnut,
                 Red Rock Legal Services, P.L.L.C.,    491 N. Bluff Street,    Suite 301,    St. George, UT  84770
tr             +E-mail/Text: bnc@ch13ut.org Sep 12 2019 02:27:54      Lon Jenkins tr,    405 South Main Street,
                 Suite 600,   Salt Lake City, UT 84111-3408
11402971       +EDI: AMEREXPR.COM Sep 12 2019 05:58:00      American Express,    Correspondence,   PO Box 981540,
                 El Paso, TX 79998-1540
11402970        EDI: BECKLEE.COM Sep 12 2019 05:58:00      American Express,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern, PA 19355-0701
11402979        E-mail/Text: kford@curecovery.com Sep 12 2019 02:28:05      CU Recovery,    26263 Forest Blvd.,
                 Wyoming, MN 55092-8033
11402973       +EDI: CAPITALONE.COM Sep 12 2019 05:58:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
11416509        EDI: CAPITALONE.COM Sep 12 2019 05:58:00      Capital One Bank (USA), N.A.,
                 by American InfoSource as agent,     PO Box 71083,   Charlotte, NC  28272-1083
11402974       +E-mail/Text: cswelch@chartway.com Sep 12 2019 02:27:33      Chartway Credit Union,
                 1025 West Red Cliffs Dr.,    Washington, UT 84780-1518
11402978        EDI: CREDPROT Sep 12 2019 05:58:00      Credit Protection Assoc.,    PO Box 802068,
                 Dallas, TX 75380-2068
11402981       +EDI: DISCOVER.COM Sep 12 2019 05:58:00      Discover Bank,    Discover Products Inc,
                 P O Box 3025,    New Albany, OH 43054-3025
11402985       +EDI: IIC9.COM Sep 12 2019 05:58:00      I. C. System, Inc.,    PO Box 64378,
                 Saint Paul, MN 55164-0378
11402986        EDI: IRS.COM Sep 12 2019 05:58:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
11402987        E-mail/Text: Bankruptcy@jmlaw.com Sep 12 2019 02:28:14      Johnson Mark LLC,    PO Box 7811,
                 Sandy, UT 84091-7811
11402992       +EDI: MID8.COM Sep 12 2019 05:58:00      Midland Credit Management,    P O Box 2036,
                 Warren, MI 48090-2036
11402993       +EDI: MID8.COM Sep 12 2019 05:58:00      Midland Funding LLC,    Midland Credit Management,
                 P O Box 2011,    Warren, MI 48090-2011
11402994        EDI: PRA.COM Sep 12 2019 05:58:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
11402996       +E-mail/Text: bkteam@selenefinance.com Sep 12 2019 02:26:52      Selene Finance,
                 Attn: Bankruptcy,    Po Box 422039,    Houston, TX 77242-4239
11402997       +E-mail/Text: cswelch@chartway.com Sep 12 2019 02:27:33      Southwest Community Credit Union,
                 5700 Cleveland St,    Virginia Beach, VA 23462-1752
11402998       +E-mail/Text: echamberlain@sbsu.com Sep 12 2019 02:27:05      State Bank of Southern Utah,
                 P.O. Box 340,    Cedar City, UT 84721-0301
11403000        EDI: RMSC.COM Sep 12 2019 05:58:00      Synchrony Bank,
                 Care of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
11403001        E-mail/Text: bankruptcydepartment@tsico.com Sep 12 2019 02:27:45      Transworld Systems,
                 P.O. Box 15520,    Wilmington, DE 19850-5520
```

```
District/off: 1088-4           User: jtt                 Page 2 of 2              Date Rcvd: Sep 11, 2019
                               Form ID: 309I             Total Noticed: 44

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11403003        +EDI: UTAHTAXCOMM.COM Sep 12 2019 05:58:00      Utah State Tax Commission,   210 North 1950 West,
                 Salt Lake City, UT 84134-9000
11403004        +EDI: VERIZONCOMB.COM Sep 12 2019 05:58:00      Verizon Wireless,   P O Box 660108,
                 Dallas, TX 75266-0108
                                                                                             TOTAL: 23

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11403099*       +Synchrony Bank,    Care of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
11402984       ##+Guglielmo & Assiciates,    PO Box 9420,   Salt Lake City, UT 84109-0420
                                                                                TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2019                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2019 at the address(es) listed below:
              Brian Scott Welker    on behalf of Creditor    Dammeron Valley Landowners Association, Inc.
               Scott.Welker@vf-law.com
              Geoffrey L. Chesnut    on behalf of Joint Debtor Janell Kaye Feller courtmailrr@expresslaw.com,
               gchesnut@expresslaw.com;chesnutgr54003@notify.bestcase.com
              Geoffrey L. Chesnut    on behalf of Debtor Russell Carter Feller courtmailrr@expresslaw.com,
               gchesnut@expresslaw.com;chesnutgr54003@notify.bestcase.com
              Lon Jenkins tr    ecfmail@ch13ut.org, lneebling@ch13ut.org
              Quinn A. Sperry    on behalf of Creditor    Dammeron Valley Landowners Association, Inc.
               Quinn@morrissperry.com, sydney@morrissperry.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                             TOTAL: 6
```