Andres Diaz (A4309)
Thomas D. Neeleman (A4639)
Geoffrey L. Chesnut (A12058)
**RED ROCK LEGAL SERVICES, P.L.L.C.**
491 North Bluff Street, Ste. 301
Saint George, UT 84770
Telephone: (435) 634-1000
Fax: (435) 634-1001
Email: courtmailrr@expresslaw.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In Re:<br>**Russell Carter Feller**<br>**Janell Kaye Feller**<br>**Debtor(s).** | Bankruptcy No. 19-26233<br>Chapter 13<br><br>Judge William T. Thurman |
|---|---|

**OBJECTION TO TRUSTEE'S MOTION TO DISMISS.**

**Russell Feller** and **Janell Feller** ("the Debtors"), by and through Counsel, Red Rock Legal Services, P.L.L.C., hereby object to the dismissal of their case. The Debtors base this Objection on the following:

 1. The Chapter 13 Trustee filed a Motion to Dismiss due to the Debtors' failure to tender the initial plan payment at the 341 Meeting as required by 11 U.S.C. §1326(a) and Local Rule 2083-1(A).

 2. The website maintained by the Chapter 13 Trustee indicates receipt of the Debtors' initial plan payment on October 17, 2019.

 WHEREFORE, the Debtors respectfully move this Court for an Order denying the Trustee's Motion to Dismiss.

DATED this day 23 October 2019.

      /s/  Geoffrey L. Chesnut
Attorney for Debtor

CERTIFCATE OF SERVICE

I hereby certify that on October 23, 2019, a true and correct copy of this Objection was mailed via United States First-Class mail, postage prepaid, to the Debtors and via ECF to all parties requesting notice by the same.

      /s/ Geoffrey L. Chesnut