Lon A. Jenkins (4060)
Tami Gadd-Willardson (12517)
MaryAnn Bride (13146)
Katherine T. Kang (14457)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: utahtrusteemail@ch13ut.org

**UNITED STATES BANKRUPTCY COURT**
**FOR THE District of Utah, Southern Division**

| | |
|---|---|
| **IN RE:** | **CASE: 19-26233** |
| RUSSELL CARTER FELLER<br>JANELL KAYE FELLER | **CHAPTER 13** |
| | **HON. WILLIAM T. THURMAN** |
| **Debtors** | Confirmation Hearing: November 14, 2019 |

**ORDER CONTINUING CONFIRMATION HEARING FOLLOWING CONTESTED CONFIRMATION HEARING**

A hearing on confirmation of the Chapter 13 plan came before this Court on November 14, 2019  10:30 am.  The Standing Chapter 13 Trustee appeared personally or by counsel and other parties, if any, made their appearances on the record.  Based on the representations of counsel and the Trustee, and having determined that all requirements for confirmation have NOT been met, the Court hereby ORDERS:

The hearing on confirmation is continued to January 16, 2020, at 10:30 AM.

IT IS FURTHER ORDERED that, if the following conditions are not satisfied within the time limits set forth below, confirmation of the Debtor's plan may be denied and the case may be dismissed at the continued confirmation hearing:

1. On or before January 2, 2020, the Debtor(s) shall file with the Court and provide the Trustee with a copy of an amended Schedules A/B listing the value of the business.

2. On or before January 2, 2020, the Debtor(s) shall provide to the Trustee's Office proof of sufficient business tax is being withheld.

3. On or before January 2, 2020, the Debtor(s) shall provide to the Trustee's Office proof of ongoing income.

4. On or before January 2, 2020, the Debtor(s) shall provide to the Trustee's Office evidence of the value of real property located at 885 North Old Farms Road, Dammeron Valley, Utah, 84783.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Order Continuing Confirmation Hearing was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on November 21, 2019.

RED ROCK LEGAL SERVICES, PLLC,  ECF Notification

/s/ Matthew Olson

## DESIGNATION OF PARTIES TO BE SERVED

RUSSELL CARTER FELLER & JANELL KAYE FELLER, 885 NORTH OLD FARMS ROAD, DAMMERON VALLEY, UT  84783

RED ROCK LEGAL SERVICES, PLLC,  ECF Notification

LON A. JENKINS, CHAPTER 13 TRUSTEE, ECF NOTIFICATION